Ian S. Marx, Esq. (IM 1704)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey
(973) 360-7900
(973) 301-8410 (Fax)

*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBT RESOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOLLO ENTERPRISE SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No. |

**STATEMENT PURSUANT TO FEDERAL RULE 7.1**

Plaintiff Debt Resolve, Inc. hereby states in accordance with Federal Rule of Civil Procedure 7.1 that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

GREENBERG TRAURIG LLP

By: ___/s/_____
    Ian S. Marx, Esq. (IM 1704)
    200 Park Avenue
    Florham Park, New Jersey
    *Attorneys for Plaintiff*
    *Debt Resolve, Inc.*