AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of <u>New Jersey</u>

Debt Resolve, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Apollo Enterprise Solutions, LLC

CASE NUMBER: 07-103

TO: (Name and address of Defendant)
Apollo Enterprise Solutions LLC
2111 Business Center Drive, Suite 204
Irvine, California 92612

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Greenberg Traurig, LLP
200 Park Avenue
Florham Park, New Jersey 07932
**Ian Marx, Esq.**

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH, CLERK      1-9-07
CLERK                         DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1/9/07 |
| NAME OF SERVER (PRINT) MICHAEL BOBISH | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PERSONALLY SERVED APOLLO ENTERPRISE SOLUTIONS LLC BY SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST COMPANY, 1209 ORANGE ST, WILM DE 19801 AT 2:55 P.M. PERSON ACCEPTING SERVICE; SCOTT LASCALA - SECTION HEAD

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/9/07
           Date

Signature of Server: Mike Bobish

Address of Server: 230 N MARKET ST, WILM DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com