Thomas A. Egan (TE-0141)
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
(212) 964-9200 (Fax)
Attorneys for Defendant
Apollo Enterprise Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBT RESOLVE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>APOLLO ENTERPRISE SOLUTIONS, INC.<br><br>    Defendant. | DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE<br><br>[F.R.C.P. 12(b)(2) and 12(b)(3)]<br><br>Civil Action No. 07-103 |

## DEFENDANT APOLLO ENTERPRISE SOLUTIONS, INC.'S
## MOTION TO DISMISS

Please take notice that on March 19, 2007, Defendant Apollo Enterprise Solutions, Inc. will move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3), for an Order dismissing this action against it on the grounds that this Court lacks personal jurisdiction over Apollo and the District of New Jersey is an improper venue for this action.

In support of this motion, Defendant will rely upon: the accompanying Memorandum of Law and the accompanying Affidavits of Christopher Imrey and Jenniefer A. Trusso, upon the papers, records and pleadings on file herein.

Respectfully submitted,

Dated: February 13, 2007

STRADLING YOCCA CARLSON & RAUTH
*Attorneys for Defendant*
*Apollo Enterprise Solutions, Inc.*

Jan P. Weir
Steven M. Hanle
Jennifer A. Trusso
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6441
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

*Local Counsel:*
Thomas A. Egan (TE-0141)
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
(212) 964-9200 (Fax)
*Attorneys for Defendant*
*Apollo Enterprise Solutions, Inc.*