# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBT RESOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOLLO ENTERPRISE SOLUTIONS, INC., <br><br> Defendant. | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE <br><br> [F.R.C.P. 12(b)(2) and 12(b)(3)] <br><br> Civil Action No. 07-103 |

## ORDER

Having considered Defendant Apollo Enterprise Solutions, Inc.'s Motion to Dismiss the above-entitled action pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3), and finding good cause therefor,

IT IS HEREBY ORDERED that the above-entitled action is dismissed.

Date: _____       _____
                            United States District Judge