Thomas A. Egan (TE-0141)
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
(212) 964-9200 (Fax)
Attorneys for Defendant
Apollo Enterprise Solutions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBT RESOLVE, INC.<br><br>Plaintiff,<br><br>v.<br><br>APOLLO ENTERPRISE SOLUTIONS, LLC,<br><br>Defendant. | AFFIDAVIT OF CHRISTOPHER IMREY IN RESPONSE TO ORDER TO SHOW CAUSE RE TRANSFER<br><br>Civil Action No. 07-103 |

### AFFIDAVIT OF CHRISTOPHER IMREY

Christopher Imrey hereby declares:

1. I am the President and Chief Executive Officer of Apollo Enterprise Solutions, LLC ("Apollo"), the defendant in the above-captioned matter, and have held that or similar positions continuously since January, 2004. I have personal knowledge as to all matters stated herein. I submit this declaration in support of Apollo's Motion to Dismiss.

-1-

2. Apollo provides enterprise-class, hosted solutions to primary creditors, collection agencies, debt buyers and legal recovery firms for Debtor Self-Payment and Self-Settlement (often referred to as Apollo's IDS system). Apollo's IDS system lets clients offer their debtors online debt-payment and debt-settlement options that reflect the debtors' current credit status. The Apollo IDS system allows its clients to offer debtors an unlimited number of payment or settlement options. Apollo's client is the creditor not the debtor.

3. Apollo's principal place of business is in Irvine, California. Apollo does not maintain offices, facilities, local telephone listings, or bank accounts in New York or Delaware, and similarly, does not own or lease any real property or employ any persons in New York or Delaware. Apollo is not currently, nor has it ever been, qualified, authorized, or otherwise chartered, licensed or registered to conduct or do business in New York. Apollo has never designated anyone in New York to accept legal service of process on its behalf. Apollo has no such contacts with Delaware other than being incorporated as an LLC under Delaware law.

4. Apollo does not direct any of its advertising at New York or Delaware residents for any of its products, including its IDS system. Apollo has never installed or delivered the alleged infringing IDS system that is the subject of this dispute to any company or individual located in New York or Delaware.

5. Apollo is a small company with a limited number of employees. It has only 4 executive officers, all of whom work in California. If the presence of Apollo officers or senior technical employees in New York or Delaware were required for discovery, hearings or trial, litigation of this matter in New York or Delaware, it would impose a substantial burden upon Apollo and in all likelihood cause significant disruption of its operations.

6.  Attached as Exhibit A is a true and correct copy of a schedule of Apollo's members. The vast majority of the members are residents of California, including individuals, California corporations and California private trusts. No members are residents of New Jersey or Delaware. A single member owning a 1/10th of 1 percent interest in Apollo is a resident of New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2007 at Irvine, California.

Christopher Imrey

# Exhibit A

Apollo Enterprise Solutions, LLC
Member Citizenship

| Member | Type | City | State |
|---|---|---|---|
| 1 | Individual | Newport Beach | CA |
| 2 | Individual | Corona del Mar | CA |
| 3 | Trust | Boston | MA |
| 4 | Individual | Claremont | CA |
| 5 | Individual | North Palm Beach | FL |
| 6 | Individual | Irvine | CA |
| 7 | LP | Newport Coast | CA |
|   | Individual | Newport Coast | CA |
| 8 | Individual | Huntington Beach | CA |
| 9 | Individual | Huntington Beach | CA |
| 10 | Trust | Newport Coast | CA |
| 11 | California Public Benefit Corp. | Walnut Creek | CA |
| 12 | Trust | Pebble Beach | CA |
| 13 | California Corporation | Westminster/Huntington Beach | CA |
| 14 | California Corporation | Westminster | CA |
| 15 | Individual | Irvine | CA |
| 16 | Individual | Irvine | CA |
| 17 | Individual | Corona del Mar | CA |
| 18 | Individual | New York | NY |
| 19 | Individual | Irvine | CA |
| 20 | Individual | Toluca Lake | CA |
| 21 | Individual | Fresno | CA |
| 22 | LLC | Visalia | CA |
|   | Individual | Costa Mesa | CA |
|   | Individual | Clovis | CA |
|   | Individual | Visalia | CA |
|   | Individual | Oakland | CA |
|   | Individual | Oakland | CA |
|   | Individual | Oakland | CA |
|   | Individual | Seal Beach | CA |
|   | Individual | Pismo Beach | CA |
|   | Individual | Oakland | CA |
|   | Individual | Fresno | CA |
|   | Individual | Las Vegas | NV |
|   | Individual | Panama City | Panama |
|   | Individual | Las Vegas | NV |
| 23 | LLC | Visalia | CA |
|   | Individual | Kihel | HI |
|   | Individual | Chula Vista | CA |
|   | Individual | Pismo Beach | CA |
|   | Individual | San Jose | Costa Rica |
|   | Individual | Reno | CA |
| 24 | LLC | Visalia | CA |
|   | Individual | Pismo Beach | CA |
| 25 | LP | Pismo Beach | CA |
|   | Individual | Pismo Beach | CA |
|   | Individual | Pismo Beach | CA |
|   | Individual | Belingham | WA |
| 26 | Trust | Laguna Beach | CA |
| 27 | Trust | Laguna Beach | CA |