Ian S. Marx, Esq. (IM 1704)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900
(973) 301-8410 (Fax)

Of Counsel:
Albert L. Jacobs, Jr., Esq.
Daniel A. Ladow, Esq.
GREENBERG TRAURIG, LLP
Met Life Building
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (Fax)

*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DEBT RESOLVE, INC., | : | Civil Action No. 07-103(MLC) |
| Plaintiff, | : | DECLARATION OF JAMES D. BURCHETTA |
| v. | : | SUBMITTED IN SUPPORT OF DEBT RESOLVE'S 3/8/07 |
| APOLLO ENTERPRISE SOLUTIONS, LLC | : | RESPONSE TO THE ORDER TO SHOW CAUSE ON JURISDICTION |
| Defendant. | : | |

James D. Burchetta declares as follows:

1.  I am a lawyer duly admitted in the State of New York, and CEO and Co-Chairman of the plaintiff, Debt Resolve, Inc. ("Debt Resolve").

2.  I have been the CEO and Co-Chairman of Debt Resolve since its inception in 2003, and am familiar with the facts and circumstances which gave rise to the lawsuit.

3. I understand that this Declaration is being submitted in support of Debt Resolve's memorandum dated March 8, 2007 in response to the Court's Show Cause Order concerning jurisdiction.

4. Each of the parties offers and provides its software platform or system to creditors throughout the U.S. for nationwide use with debtors. Debt Resolve understands, for example, that Apollo provides it system to the Bank of America and its debtors. When a debtor interacts with Debt Resolve's system, the debtor is interacting directly with a computer software system maintained and administered by Debt Resolve. Debt Resolve understands that Apollo's accused system, in that respect, works exactly the same way. Thus, when a debtor interacts with Apollo's system, he or she is interacting, directly accessing, an online computer software system that is maintained and administered by Apollo. Apollo's contract may be with the creditor, who licenses the accused system, but Apollo operates the accused system and the debtor interacts directly with Apollo's accused infringing system.

5. The creditors with whom Debt Resolve and Apollo contract typically have a national portfolio of debtors to whom such an online debt collection system is made available. For example, it is my understanding that Apollo provides services for the Bank of America to invite its customers nationwide to make payments using the Apollo system. I believe that the Bank of America, one of the country's leading financial institutions, conducts substantial business within the State of New Jersey and very likely has many debtors who are New Jersey residents.

6. Because New Jersey is one of the most populous states in the country, such a portfolio must, as a statistical matter, or must almost certainly, include debtors

2

located in New Jersey (as well as in New York). Debt Resolve's own experience bears this out. Debt Resolve has thousands of New Jersey debtors within its debtor portfolios, of which close to 1000 are registered to use its system. (Similar figures pertain with respect to New York debtors.) Given its knowledge and experience in this industry, Debt Resolve has every reason to expect that Apollo also has a substantial number of New Jersey (and New York) debtors within its debt portfolios and has a similar number of New Jersey (and New York) debtors to whom the accused system has been specifically offered for use and/or who have actually used the accused system.

7. Apollo offers for sale an online collection system to clients throughout the United States, including but not limited to New Jersey. The defendant, like Debt Resolve, solicits major U.S. banks, collection agencies and debt buyers, in part, by attending trade shows and conventions. These shows and conventions are attended by prospective customers who have offices within the State of New Jersey (as well as within the State of New York) and have customers in and derive substantial revenue from New Jersey residents. Attached as Ex. A is a list that includes prospective New Jersey customers who attended a recent debt buyer's convention in Las Vegas, Nevada on February 7-9, 2007. Apollo was present at this show through its sales representative, Edward Fontaine, who, I believe, had discussions with these New Jersey customers.

8. Apollo has attended numerous other trade conferences and conventions where I believe they have solicited New Jersey customers, including, for example, those listed in Ex. B. hereto.

9. Defendant's sales representative for the Northeast of the United States is Edward Fontaine. Until June 30, 2006, he was an employee of Debt Resolve. I had a

3

recent conversation with Mr. Fontaine at the Collection Technology trade show in Las Vegas, Nevada on January 24, 2007, at which time Mr. Fontaine made the following statement: "Things are going great. It's easy for me to meet clients in New York, New Jersey and Pennsylvania since I live in Rhode Island."

10. By these statements I understood Mr. Fontaine to be acknowledging that Apollo seeks and conducts business within the State of New Jersey. New York and New Jersey, particularly the New York metropolitan area, have a large concentration of prospective customers in the collection and debt buying industry, including MRS Associates in Cherry Hill, New Jersey.

11. Based on reports from my sales staff, I believe that, at least as of last year, Apollo was affirmatively seeking business from MRS Associates in Cherry Hill, New Jersey, as was Debt Resolve.

12. Based on the foregoing, it is my belief that Apollo has mailed marketing materials and/or conducted numerous communications via email and telephone with prospective customers within the state of New Jersey.

13. Apollo maintains a company website at www.apolloenterprise.com. This website is distinct from Apollo's web-based accused infringing system. Through the company website, prospective customers, including those from New Jersey, can schedule a live web demonstration of Apollo's products, submit questions to be answered by Apollo personnel, or request contact from an Apollo sales representative. The website indicates that such responses or demonstrations are provided by Apollo after the prospective customer submits the appropriate contact information (name, company name,

address (including city, state and zip code), phone number, e-mail address, and company website) through an online form.

14. Debt Resolve has less than 20 employees, including four executive officers, all of whom work in New York, and has one office, which is in White Plains, New York. Debt Resolve has no offices, facilities, local telephone listings or bank accounts in California, nor does it own or lease any real property or employ any persons in California. Debt Resolve has not filed a Certificate of Qualification in California. Debt Resolve perceives no reason why it would be any more of a burden for Apollo to litigate these issues in New Jersey, or in another forum on the East Coast, than it would be for Debt Resolve to litigate these issues in the Central District of California.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 8, 2007

_____
James D. Burchetta

# Exhibit A

| State | City | First Name | Last Name | Company | Address |
|---|---|---|---|---|---|
| NJ | Thorofare | Eric | Endlein | Accounts Receivable Management, Inc. | 155 Mid Atlantic Parkway |
| NJ | Thorofare | Joe | Burch | Accounts Receivable Management, Inc. | 155 Mid Atlantic Parkway |
| NJ | Englewood Cliffs | Lorri | Smith | Asta Funding, Inc. | 210 Sylvan Avenue |
| NJ | Englewood Cliffs | Nan | Bellinson | Asta Funding, Inc. | 210 Sylvan Avenue |
| NJ | Englewood Cliffs | Robert | Knight | Asta Funding, Inc. | 210 Sylvan Avenue |
| NJ | Montville | Celeste | Anderson | Automated Collection Control, Inc. | 170 Changebridge Road Suite D4 |
| NJ | Montville | Warren | Rosenfeld | Automated Collection Control, Inc. | 170 Changebridge Road Suite D4 |
| NJ | Montville | Faith | Braverman | Automated Collection Control, Inc. | 170 Changebridge Road, Bldg. A4 |
| NJ | Montville | John | Meehan | Automated Collection Control, Inc. | 170 Changebridge Road, Bldg. D4 |
| NJ | Montville | Nicholas | Arcaro | Commercial Legal Software, Inc. | 170 Changebridge Road, Bldg. A4 |
| NJ | Elmwood Park | Stevan | Goldman | Commercial Legal Software, Inc. | 170 Changebridge Road, Suite A4 |
| NJ | Burlington | David | Goldberg | CSG Acquisitions Inc | 475 Market Street |
| NJ | Berlin | Sam | Hull | Debt Services Group | 62 Arrowhead Dr |
| NJ | Berlin | David | Sargent | Dial Connection, LLC | 1040 Route 73 South |
| NJ | Berlin | Michael | Vesper | Dial Connection, L&C | 1040 S. Route 73 |
| NJ | Parsippany | Phil | Kahn, Esq. | Fein, Such, Kahn & Shepard, P.C. | 7 Century Drive |
| NJ | Fairfield | Floyd | Henderson | Fillimerica, Inc. | 277 Fairfield Road, Suite 309 |
| NJ | Fairfield | Thomas | Filliman | Fillimerica, Inc. | 277 Fairfield Road, Suite 309 |
| NJ | Mays Landing | Robert | Myers | Global Connect | 5218 Atlantic Avenue Suite 202 |
| NJ | Mays Landing | Dallin | Bird | Global Connect | 5218 Atlantic Avenue, Suite 202 |
| NJ | Pine Brook | Michael | Tobia | Goldman & Warshaw, P.C. | 34 Maple Avenue, Suite 101 |
| NJ | Eatontown | Marlin | Rubin | Hayt, Hayt & Landau, LLC | P.O. Box 500 |
| NJ | Union | Samuel | Tuchman | Jackson Capital, Inc. | 1119 Springfield Road |
| NJ | Wayne | Thomas | Mesce | Laridian Consulting, Inc. | 577 Hamburg Turnpike |
| NJ | Edison | Kevin | O'Connell | LSSi | 101 Fieldcrest Avenue, Raritan Plaza III, 4th Floor |
| NJ | Cherry Hill | Paul | Aaronson | Mattleman, Weinroth & Miller | 401 Route 70 East |
| NJ | Cherry Hill | Saul | Freedman | MRS Associates, Inc. | 3 Executive Campus, Suite 400 |
| NJ | Whippany | Eric | Sombers | New Century Financial Services | 110 S. Jefferson Rd., Suite 104 |
| NJ | Whippany | Jeffrey | Esposito | New Century Financial Services | 110 S. Jefferson Road, Suite 104 |
| NJ | Whippany | Diane | Piras | New Century Financial Services | 110 S.Jefferson Rd Suite 104 |
| NJ | Westampton | Adam | Cohen, Esq. | Phillips & Cohen Associates, Ltd. | 695 Rancocas Road |
| NJ | Westampton | Matthew | Phillips | Phillips & Cohen Associates, Ltd. | 695 Rancocas Road |
| NJ | Cedar Knolls | Albert | Pierro | Pressler & Pressler, L.L.P. | 16 Wing Drive |
| NJ | Cedar Knolls | Gerard | Felt | Pressler & Pressler, L.L.P. | 16 Wing Drive |
| NJ | Cedar Knolls | Shannon | Nicholls | Pressler & Pressler, L.L.P. | 16 Wing Drive |
| NJ | Paramus | Andrew | Etchenbaum | RAB Performance Recoveries, LLC | 10 Forest Avenue |
| NJ | Paramus | Richard | Eichenbaum | RAB Performance Recoveries, LLC | 10 Forest Avenue |
| NJ | Long Valley | Gary | Christopher | RealEDA Information Services | 31 Ranney Road |
| NJ | Frenchtown | Steven | Mishick | SM Financial Services Corporation | P.O. Box 429 |
| NJ | Princeton | Michael | Chiodo | vCollect Global Inc. | 650 College Road East, Suite 1800 |
| NJ | Wall | James | Mastriani | Velocity Asset Management, Inc. | 3100 Route 138 W |
| NJ | Wall | Adam | Atkinson | Velocity Asset Management, Inc. | 3100 Route 138 W |
| NJ | Wall Township | W. Peter | Ragan, Jr. | Velocity Asset Management, Inc. | 3100 Route 138 W |
| NJ | Warren | Robert | Hanna | Weltman, Weinberg & Reis Co., L.P.A. | 11 Chestnut Hill |

# Exhibit B

# Trade Shows & Collection
# Attended by Debt Resolve

## 2006

| | |
|---|---|
| 2/7/06-2/9/06: | 9th Annual Debt Buyer's Association Conference – Las Vegas, NV |
| 3/15/06-3/17/06: | National Collection & Credit Risk |
| 5/2/06-5/5/06: | CRS2006 Conference – Las Vegas, NV |
| 5/10/06-5/12/06: | Auto Finance Operations & Technology Summit Conference |
| 5/18/06-5/19/06: | NARCA 2006 Spring Collection Conference |
| 6/7/06-6/9/06: | CB Collections Conference - New Orleans |
| 9/5/06-9/8/06: | Debt Connection Symposium – LA |
| 9/14/06-9/15/06: | National Investment Banking Association – Chicago |
| 10/11/06-10/13/06: | Card Collection Conference - Las Vegas, NV |
| 11/14/06 | Debt Sales Conference – Toronto, Canada |
| 12/7/06 – 12/8/06 | Collection Advisor Tech – Las Vegas |

## 2007

| | |
|---|---|
| 1/24/07-1/27/07: | Collection Technology Summit – Las Vegas, NV |
| 2/7/07-2/10/07: | 10th Annual Debt Buyer's Association Conference – Las Vegas, NV |

## 2007 Scheduled Trade Shows

| | |
|---|---|
| 3/11/07 – 3/13/07: | 11th Annual Nat'l Collections Credit & Risk Conference – Boca Raton, FL |
| 4/11- 4/13/07: | Credit and Collection News Conference - Palm Desert, CA |
| 4/14-4/18/07: | American Gas Association/ EEI Customer Service Conference and Exposition - Indianapolis, IN |
| 4/22/07-4/24/07: | 19th Annual Card Forum & Expo -Boca Raton, FL |
| 5/16/07-5/17 2007 | Credit Show 2007 - London, England |
| 10/9/07-10/10/07: | Uncollectibles Workshop - Newport, RI |