Ian S. Marx, Esq. (IM 1704)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900
(973) 301-8410 (Fax)

Of Counsel:
Albert L. Jacobs, Jr., Esq.
Daniel A. Ladow, Esq.
GREENBERG TRAURIG, LLP
Met Life Building
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (Fax)

*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBT RESOLVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO ENTERPRISE SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No. 07-103 (MLC)<br><br>CERTIFICATE OF SERVICE |

I, Ian S. Marx, Esq. of full age, hereby certifies as follows:

Plaintiff Debt Resolve, Inc.'s Response to Order to Show Cause On Jurisdiction and Declaration of James D. Burchetta Submitted in Support of Debt Resolve's 3/8/07 Response to The Order To Show Cause On Jurisdiction was served on the following counsel for defendant by electronic notice from the Court's PACER system and by Federal Express:

NY 238334268v1

Jan P. Weir, Esq.
Steven M. Hanle, Esq.
Jennifer A. Trusso, Esq.
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6441
Tel: 949 725-4000
*Attorneys for Apollo Enterprise Solutions, Inc..*

Dated: March 8, 2007

Respectfully submitted,

/s/_____
Ian S. Marx, Esq. (IM 1704)
GREENBERG TRAURIG LLP
200 Park Avenue
Florham Park, New Jersey 07932
*Attorneys for Plaintiff
Debt Resolve, Inc.*

Of Counsel:
Albert L. Jacobs, Jr., Esq.
Daniel A. Ladow, Esq.
GREENBERG TRAURIG, LLP
Met Life Building
200 Park Avenue
New York, New York 10166