Thomas A. Egan (TE-0141)
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
(212) 964-9200 (Fax)
Attorneys for Defendant
Apollo Enterprise Solutions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBT RESOLVE, INC.<br><br>Plaintiff,<br><br>v.<br><br>APOLLO ENTERPRISE SOLUTIONS, LLC,<br><br>Defendant. | AFFIDAVIT OF EDWARD FONTAINE IN SUPPORT OF DEFENDANT'S REPLY REGARDING ORDER TO SHOW CAUSE ON JURISDICTION<br><br>Civil Action No. 07-103 |

**AFFIDAVIT OF EDWARD FONTAINE**

Edward Fontaine hereby declares:

1. I am a Vice President of Sales for Apollo Enterprise Solutions, LLC ("Apollo"), and have personal knowledge as to all matters stated herein.

2. I am informed that Mr. James D. Burchetta has stated that I spoke with him at the Collection Technology trade show in Las Vegas, Nevada on January 24, 2007 and said: "Things are going great. It's easy for me to meet clients

-1-

in New York, New Jersey and Pennsylvania since I live in Rhode Island." I made not such statement or anything even remotely similar. Other than merely acknowledging each other from afar, I had no conversation with Mr. Burchetta at the Las Vegas trade show.

3. My sales territory at Apollo is not limited to the east coast. Rather, I have national sales responsibility. Since my first employment at Apollo in September 2006, I have not made any sales calls in the state of New Jersey. I have not traveled to the state of New Jersey to make any sales calls or made any product presentations in the state of New Jersey. To my knowledge I have not spoken to any potential customer over the phone from New Jersey regarding Apollo's product. I have not made any sale of Apollo's product to anyone in New Jersey.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2007 at Riverside, Rhode Island.

_____
Edward Fontaine