Ian S. Marx, Esq. (IM 1704)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900
(973) 301-8410 (Fax)

Of Counsel:
Albert L. Jacobs, Jr., Esq.
Daniel A. Ladow, Esq.
GREENBERG TRAURIG, LLP
Met Life Building
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (Fax)

*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBT RESOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOLLO ENTERPRISE SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No. 07-103 (MLC) <br><br> **CERTIFICATION OF SERVICE** |

I, Ian S. Marx, Esq., of full age, hereby certify as follows:

1. Debt Resolve, Inc.'s Reply to Order to Show Cause on Jurisdiction was served on the following counsel for defendant by electronic notice from the Court's PACER system and by Federal Express:

Jan P. Weir
Steven M. Hanle
Jennifer A. Trusso
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6441
*Attorneys for Defendant Apollo Enterprise Solutions, LLC*


Dated: March 23, 2007                                   Respectfully submitted,



                                                        /s/   Ian S. Marx
                                                        Ian S. Marx, Esq. (IM 1704)
                                                        GREENBERG TRAURIG, LLP
                                                        200 Park Avenue
                                                        Florham Park, New Jersey 07932
                                                        (973) 360-7900
                                                        (973) 301-8410 (Fax)

Of Counsel:
Albert L. Jacobs, Jr., Esq.
Daniel A. Ladow, Esq.
GREENBERG TRAURIG, LLP
Met Life Building
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (Fax)

*Attorneys for Plaintiff
Debt Resolve, Inc.*