UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DEBT RESOLVE INC.,** | : | Civil Action No. 07-103 (MLC) |
| **Plaintiff,** | : | |
| v. | : | ORDER |
| **APOLLO ENTERPRISE SOLUTIONS, et al.,** | : | |
| **Defendants.** | : | |

This matter having been opened to the Court by letter from Counsel for Plaintiff, seeking a stay of its Motion for Jurisdictional Discovery [Docket Entry No. 10] until a decision is issued on the pending Order to Show Cause [Docket Entry No. 7]; and Defendants having consented to Plaintiff's request; and the Court having considered this matter on the papers pursuant to Fed. R. Civ. P. 78; and for good cause shown,

IT IS on this 3rd day of April, 2007,

ORDERED that Plaintiff's Motion for Jurisdictional Discovery [Docket Entry No. 10] be DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that Plaintiff's may reopen this Motion by simply submitting a letter to the Court requesting the same; and it is further

ORDERED that the Clerk of the Court terminate the motion [Docket Entry No. 10] accordingly**.**

          s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**