UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DEBT RESOLVE, INC., | : | CIVIL ACTION NO. 07-103 (MLC) |
| Plaintiff, | : | **O R D E R** |
| v. | : | |
| APOLLO ENTERPRISE SOLUTIONS, LLC, | : | |
| Defendant. | : | |

For the reasons stated in the Court's memorandum opinion, **IT IS** on this   22nd   day of May, 2007, **ORDERED** that the Court's order to show cause why the action should not be transferred under 28 U.S.C. § 1404 (dkt. entry no. 7) is **GRANTED;** and

**IT IS FURTHER ORDERED** that the defendant's motion (dkt. entry nos. 5 & 6) is **DENIED WITHOUT PREJUDICE;** and

**IT IS FURTHER ORDERED** that the action be **TRANSFERRED** to the United States District Court for the Southern District of New York; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                     s/ Mary L. Cooper
                                     **MARY L. COOPER**
                                     United States District Judge