# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
1 JOHN F. GERRY PLAZA
CAMDEN, NEW JERSEY 08101

NEWARK OFFICE
50 WALNUT STREET
NEWARK, NJ 07101

WILLIAM T. WALSH
   Clerk

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: <u>TRENTON</u>

May 22, 2007

Clerk
120 Daniel Patrick Moynihan
United States Courthouse
500 Pearl St
New York, NY 10007-1312

    **Re:**    **Debt Resolve, Inc vs. Apollo Enterprise Solutions, LLC**

          **Civil Docket No. 07-103(MLC)**

Dear Clerk:

    The above-captioned case has been transferred to your court pursuant to an order of Judge Mary L. Cooper, filed on May 22, 2007, a certified copy of which is enclosed. You can obtain the original record by accessing CM/ECF through PACER. Also, enclosed is a certified copy of the docket sheet. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

          Very truly yours,

          WILLIAM T. WALSH, Clerk

    By:    s/Ivannya Jimenez

          Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____ **DATE:** _____.

**YOUR CIVIL DOCKET NUMBER:** _____.

**Instructions for Retrieving Electronic Case Files**

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:    Link to Electronic Filings System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- •      Reports
- •      Docket Sheet
- •      Enter Case Number in the following format: **KEYBOARD()**
- •      Run Report

  ▸      To view a document from the docket sheet, click on the blue "underlined" document number;

  ▸      To download, click on File>Save a Copy and save to your specific directory;

  ▸      If the document does not have an underlined document number, it is either:_____
  _____

  - •      A text only entry and no document is attached, or
  - •      An entry made prior to electronic case filing and the original is enclosed, or
  - •      The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

  ▸      Camden - 866-726-0726 or 856-757-5285
  ▸      Newark - 866-208-1405 or 973-645-5924

▸        Trenton - 866-848-6059 or 609-989-2004