DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
Daniel A. Ladow
Albert L. Jacobs, Jr.
Michael P. Bauer
*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBT RESOLVE, INC.,

        Plaintiff,

-v-

APOLLO ENTERPRISE SOLUTIONS, LLC,

        Defendant.

---

07 Civ. 4531 (JSR)

**ECF Designated Case**

**STIPULATION OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

It is hereby consented and agreed that Dreier LLP, 499 Park Avenue, New York, New York, 10022, be and hereby is substituted as attorneys of record for plaintiff, Debt Resolve, Inc. in the above-entitled action in place of Greenberg Traurig, LLP, 200 Park Avenue, P.O. Box 677, Florham Park, New Jersey, 07932, as of the date hereof.

Dated: June 11, 2007

| DREIER LLP | Greenberg Traurig, LLP |
|---|---|
| By: _____ | By: _____ |
| Daniel A. Ladow | Ian S. Marx |
| Albert L. Jacobs, Jr. | |
| Michael P. Bauer | |
| | |
| 499 Park Avenue | 200 Park Avenue, P.O. Box 677 |
| New York, New York 10022 | Florham Park, New Jersey 07932 |
| (212) 328-6100 | (973) 360-7900 |
| *Incoming Attorneys for Plaintiff* | *Outgoing Attorney for Plaintiff* |

{00263805.DOC;}

Debt Resolve, Inc.

By: /s/ *signature*

Name: Anthony P. Canale
Title: General Counsel

SO ORDERED:

_____
Honorable Jed S. Rakoff, U.S.D.J.

{00263805.DOC;}2