Thomas A. Egan (TE-0141)
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
(212) 412-9500

Jan P. Weir, Esq.
Steven M. Hanle, Esq.
Jennifer A. Trusso, Esq.
**STRADLING YOCCA CARLSON & RAUTH**
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000

Attorneys for Defendant Apollo Enterprise Solutions, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBT RESOLVE, INC.,<br><br>                              Plaintiff,<br><br>                    -v-<br><br>APOLLO ENTERPRISE SOLUTIONS, LLC,<br>                              Defendant. | 07-cv-4531(JSR)<br><br>**ECF Designated Case**<br><br>**STATEMENT PURSUANT**<br>**TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for defendant Apollo

Enterprise Solutions, LLC states that there are no parent corporations of Apollo Enterprise

Solutions, LLC and that no publicly held corporations own 10% or more of Apollo Enterprise

Solutions, LLC.

Dated: New York, New York
        June 28, 2007

FLEMMING ZULACK WILLIAMSON  ZAUDERER LLP
Attorneys for Defendant World Trade Center Properties LLC

By: _Thomas A. Egan_____
        Thomas A. Egan (TE-0141)
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
(212) 412-9500

286377