DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
Daniel A. Ladow
Albert L. Jacobs, Jr.
Michael P. Bauer
*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBT RESOLVE, INC.,

    Plaintiff,

-v-

APOLLO ENTERPRISE SOLUTIONS, LLC,

    Defendant.

07 Civ. 4531 (JSR)

**ECF Designated Case**

**STIPULATION OF
SUBSTITUTION OF COUNSEL
AND PROPOSED ORDER**

It is hereby consented and agreed that Dreier LLP, 499 Park Avenue, New York, New York, 10022, be and hereby is substituted as attorneys of record for plaintiff, Debt Resolve, Inc. in the above-entitled action in place of Greenberg Traurig, LLP, 200 Park Avenue, P.O. Box 677, Florham Park, New Jersey, 07932, as of the date hereof.

Dated: June 11, 2007

DREIER LLP

By: _____
   Daniel A. Ladow
   Albert L. Jacobs, Jr.
   Michael P. Bauer

499 Park Avenue
New York, New York 10022
(212) 328-6100
*Incoming Attorneys for Plaintiff*

Greenberg Traurig, LLP

By: _____
   Ian S. Marx

200 Park Avenue, P.O. Box 677
Florham Park, New Jersey 07932
(973) 360-7900
*Outgoing Attorney for Plaintiff*

{00263805.DOC;}

Debt Resolve, Inc.

By: _____
Name: Anthony P. Canale
Title: General Counsel

SO ORDERED:

_____
Honorable Jed S. Rakoff, U.S.D.J.

6-29-07

{00263805;DOC;}2