Thomas A. Egan, Esq. (TE-0141)
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendant Apollo Enterprise Solutions, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

DEBT RESOLVE, INC.,               :     07 Civ. 4531 (JSR)

               Plaintiffs,    :     (ECF)

       - against -               :     **NOTICE OF MOTION FOR**
                                        :     **ORDER ADMITTING JAN P.**
APOLLO ENTERPRISE SOLUTIONS, L.L.C., :     **WEIR, STEVEN M. HANLE, AND**
                                        :     **JENNIFER A. TRUSSO *PRO***
               Defendant.    :     ***HAC VICE***

                                                      :
-------------------------------------------------------- x

       PLEASE TAKE NOTICE that upon the accompanying affidavit of Thomas A.

Egan, sworn to July 10, 2007, the Declarations of Jan P. Weir, Steven M. Hanle and

Jennifer A. Trusso, executed on July 5, 2007, July 6, 2007 and July 5, 2007, respectively,

and the exhibits annexed thereto, and all prior pleadings and proceedings in this action,

Defendant Apollo Enterprise Solutions, L.L.C. will move this Court on submission at

Courtroom 14-B, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to

Local Rule 1.3(c), admitting Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso,

attorneys in good standing of the Bar of the State of California, to participate as counsel in

discovery, argument, trial, and all other aspects of this action.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b),

answering papers, if any, shall be served ten (10) business days from the date hereof.

Dated:  New York, New York
       July 10, 2007

                    **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
                    Attorneys for Defendant Apollo Enterprise Solutions, L.L.C.

                    By:_____
                        Thomas A. Egan (TE-0141)
                    One Liberty Plaza
                    New York, New York 10006-1404
                    (212) 412-9500

294552/24235

2

Thomas A. Egan, Esq. (TE-0141)
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendant Apollo Enterprise Solutions, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

|  |  |  |
|---|---|---|
| DEBT RESOLVE, INC., | : | 07 Civ. 4531 (JSR) |
|  | : |  |
| Plaintiffs, | : | (ECF) |
|  | : |  |
| - against - | : | **AFFIDAVIT OF THOMAS A.** |
|  | : | **EGAN, ESQ. IN SUPPORT OF** |
| APOLLO ENTERPRISE SOLUTIONS, L.L.C., | : | **MOTION FOR ADMISSIONS** |
|  | : | ***PRO HAC VICE*** |
| Defendant. | : |  |
|  | : |  |

-------------------------------------------------------- x

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

      THOMAS A. EGAN, being duly sworn, deposes and says:

      1.  I am a member in good standing of the Bar of this Court and am Of Counsel to the firm of Flemming Zulack Williamson Zauderer LLP, local counsel to Defendant Apollo Enterprise Solutions, L.L.C.("Apollo") in the above-captioned action.  I make this affidavit in support of Apollo's motion for an Order, pursuant to Local Rule 1.3(c), admitting Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso *pro hac vice* to participate in discovery, argument, trial and all other aspects of the action.

      2.  In support of this motion, I respectfully refer the Court to the accompanying declarations of Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso for the facts set forth

therein, including the facts as to their admission to practice law in the State of California. As indicated in their declarations, Messrs. Weir and Hanle and Ms. Trusso are attorneys in good standing with the California Bar who practice with the law firm of Stradling Yocca Carlson and Rauth, located at 660 Newport Center Drive, Suite 1600, Newport Beach, California 92660. Stradling Yocca Carlson and Rauth is counsel to Apollo Enterprises in the above-captioned action and in related litigation pending in the State of California.

3.   I have worked with Messrs. Weir and Hanle and Ms. Trusso on several different matters over the past three years, and know them to be of high moral character.

4.   There is good cause for the *pro hac vice* admissions of Messrs. Weir and Hanle and Ms. Trusso as they are fully familiar with the facts, issues, and pleadings in this action, and no delay in these proceedings would occur as a result of their acting as attorney for Apollo in this matter.

5.   I respectfully submit that Messrs. Weir and Hanle and Ms. Trusso should be admitted to participate *pro hac vice* in discovery, argument, trial and all other aspects of this action.  (A proposed form of Order is attached hereto as Exhibit 1.)

---

THOMAS A. EGAN

Sworn to before me
this 10th day of July, 2007

Notary Public

294554/24235

BEVERLY R. NACHIMSON
Notary Public, State of New York
No. 01NA6153052
Qualified in New York County
Commission Expires September 25, 2012

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                    :
DEBT RESOLVE, INC.,                                 :   07 Civ. 4531 (JSR)
                                                    :
                          Plaintiffs,               :   (ECF)
                                                    :
          - against -                               :   **ORDER FOR ADMISSION**
                                                    :   ***PRO HAC VICE* OF JAN P.**
APOLLO ENTERPRISE SOLUTIONS, L.L.C.,                :   **WEIR, STEVEN M. HANLE**
                                                    :   **AND JENNIFER A. TRUSSO**
                          Defendant.                :
                                                    :
                                                    :
-----------------------------------------------------------------X

JED S. RAKOFF,
UNITED STATES DISTRICT JUDGE:

        THIS MATTER having come before the Court upon the application of Flemming,

Zulack Williamson Zauderer LLP, counsel for defendant Apollo Enterprise Solutions,

L.L.C., for an Order admitting, *pro hac vice*, Jan P. Weir, Steven M. Hanle and Jennifer

A. Trusso of the law firm of Stradling Yocca Carlson & Rauth located at 660 Newport

Center Drive, Suite 1600, Newport Beach, California 92660; and the Court having

considered the Affidavit of Thomas A. Egan and the Declarations of Mr. Weir, Mr. Hanle

and Ms. Trusso in support of the admission of Messers. Weir and Hanle and Ms. Trusso

*pro hac vice*, and for good cause shown,

        IT IS on this ___ day of July 2007;

        ORDERED that Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso of the law

firm of Stradling Yocca Carlson & Rauth are hereby admitted to practice *pro hac vice* in

this matter on behalf of defendant Apollo Enterprise Solutions, L.L.C.; and

IT IS FURTHER ORDERED that Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso shall be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys; and

IT IS FURTHER ORDERED that Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso shall each immediately register for an ECF password at nysd.uscourts.gov.

SO ORDERED:

_____
Honorable Jed S. Rakoff U.S.D.J.

294562/24235

Thomas A. Egan, Esq. (TE-0141)
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendant Apollo Enterprise Solutions, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                    :
DEBT RESOLVE, INC.,                                 :      07 Civ. 4531 (JSR)
                                                    :
                        Plaintiffs,                 :      (ECF)
                                                    :
          - against -                               :      **DECLARATION OF**
                                                    :      **JAN P. WEIR, ESQ. IN SUPPORT**
APOLLO ENTERPRISE SOLUTIONS, L.L.C., :             **OF MOTION FOR HIS**
                                                    :      **ADMISSION *PRO HAC VICE***
                        Defendant.                  :
                                                    :
------------------------------------------------------------ x

        JAN P. WEIR, ESQ., under penalty of perjury pursuant to 28 U.S.C.

§ 1746, declares as follows:

        1.      I submit this declaration in support of the application of defendant

Apollo Enterprise Solutions, L.L.C. ("Apollo") for an Order permitting me to appear and

participate in discovery, argument, trial and all other aspects of the above-captioned

matter pursuant to Local Rule 1.3.

        2.      I am a member of the law firm of Stradling Yocca Carlson and

Rauth, located at 660 Newport Center Drive, Suite 1600, Newport Beach, California

92660.  Stradling Yocca Carlson and Rauth is counsel to Apollo in the above-captioned

action and in related litigation pending in the State of California.

        3.      I reside in the State of California.  I do not reside in New York.

4.    My office address is 660 Newport Center Drive, Suite 1600, Newport Beach, California 92660.

5.    I am an attorney in good standing of the Bar of the State of California, having been admitted to practice there in 1982. I am also an attorney in good standing of the Bar of the United States District Court for the Central District of California. Attached collectively as Exhibit A to this declaration are Certificates of Good Standing from each of the aforementioned Courts, each issued within the last thirty (30) days, verifying my admission and my good standing.

6.    I have never been held in contempt of court.

7.    I have never been censured, suspended, or disbarred by any court.

8.    I have read, am familiar with, and will adhere to each of the following:

- The provisions of The Judicial Code (Title 28, U.S.C.) that pertain to the jurisdiction of, and practice in, the United States District Court;

- The Federal Rules of Civil Procedure for the District Courts;

- The Federal Rules of Evidence; and

- The Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

-

9.    I have been retained to represent Apollo in the action currently before this Court.

10.    I am not regularly employed in New York, nor am I regularly engaged in business, professional or similar activities in New York.

11.    I designate Thomas A. Egan of Flemming Zulack Williamson Zauderer LLP, One Liberty Plaza, New York, New York 10006, to act as local counsel,

2

with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom papers may be served.  Mr. Egan is a member of the

Bar of this Court and maintains an office within this District.

    I declare under penalties of perjury that the foregoing is true and correct.

Executed on July  5  , 2007


           JAN P. WEIR


294546/24235


3

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

June 18, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAN WEIR, #106652 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1982; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# United States District Court

## Central District of California

CERTIFICATE OF
GOOD STANDING

I, SHERRI R. CARTER, Clerk of this Court, certify that

Jan P. Weir, Bar No. 106652,

was duly admitted to practice in this Court on ___May 4, 1984___
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ___June 12, 2007___
*DATE*

SHERRI R. CARTER, CLERK

By _Norys Mena_
Nórys Mena / Deputy Clerk

Thomas A. Egan, Esq. (TE-0141)
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendant Apollo Enterprise Solutions, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
DEBT RESOLVE, INC.,                                      :    07 Civ. 4531 (JSR)
                                                         :
                              Plaintiffs,                :    (ECF)
                                                         :
          - against -                                    :    **DECLARATION OF**
                                                         :    **STEVEN M. HANLE, ESQ. IN**
APOLLO ENTERPRISE SOLUTIONS, L.L.C., :                        **SUPPORT OF MOTION FOR HIS**
                                                         :    **ADMISSION PRO HAC VICE**
                              Defendant.                 :
                                                         :
-------------------------------------------------------- x

STEVEN M. HANLE, ESQ., under penalty of perjury pursuant to 28

U.S.C. § 1746, declares as follows:

      1.     I submit this declaration in support of the application of defendant

Apollo Enterprise Solutions, L.L.C. ("Apollo") for an Order permitting me to appear and

participate in discovery, argument, trial and all other aspects of the above-captioned

matter pursuant to Local Rule 1.3.

      2.     I am a member of the law firm of Stradling Yocca Carlson and

Rauth, located at 660 Newport Center Drive, Suite 1600, Newport Beach, California

92660. Stradling Yocca Carlson and Rauth is counsel to Apollo in the above-captioned

action and in related litigation pending in the State of California.

      3.     I reside in the State of California. I do not reside in New York.

4.    My office address is 660 Newport Center Drive, Suite 1600, Newport Beach, California 92660.

5.    I am an attorney in good standing of the Bar of the State of California, having been admitted to practice there in 1993. I am also an attorney in good standing in each of the United States District Courts for the Northern, Southern, and Central Districts of California and in the United States Court of Appeals for the Ninth Circuit. Attached collectively as Exhibit A to this declaration are Certificates of Good Standing from each of the aforementioned Courts, each issued within the last thirty (30) days, verifying my admission and my good standing.

6.    I have never been held in contempt of court.

7.    I have never been censured, suspended, or disbarred by any court.

8.    I have read, am familiar with, and will adhere to each of the following:

- The provisions of The Judicial Code (Title 28, U.S.C.) that pertain to the jurisdiction of, and practice in, the United States District Court;

- The Federal Rules of Civil Procedure for the District Courts;

- The Federal Rules of Evidence; and

- The Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.
-

9.    I have been retained to represent Apollo in the action currently before this Court.

10.    I am not regularly employed in New York, nor am I regularly engaged in business, professional or similar activities in New York.

11.    I designate Thomas A. Egan of Flemming Zulack Williamson Zauderer LLP, One Liberty Plaza, New York, New York 10006, to act as local counsel, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served.  Mr. Egan is a member of the Bar of this Court and maintains an office within this District.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on July __7__, 2007

_____
STEVEN M. HANLE

294551/24235

3

**THE STATE BAR**
**OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

June 18, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEVEN MARK HANLE, #168876 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA                    } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the

Southern District of California,

    DO HEREBY CERTIFY That Steven M. Hanle was duly admitted to practice in said

Court on 04/25/1995, and is in good standing as a member of the bar of said Court

Dated at  San Diego, CA                    ___W. SAMUEL HAMRICK, JR.___
                                                                    Clerk

on June 12, 2007                    By _____ ,
                                                              Deputy Clerk

# Certificate of Good Standing

United States of District Court )
                     ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Steven M. Hanle, Bar No. 168876** was duly admitted to practice in said Court on **May 26, 1994**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on **June 12, 2007**

Richard W. Wieking
Clerk

# United States District Court

## Central District of California

### CERTIFICATE OF
### GOOD STANDING

I,   SHERRI R. CARTER,   Clerk  of  this  Court,   certify  that

Steven M. Hanle, Bar No. 168876,

was duly admitted to practice in this Court on <u>December 22, 1993</u>
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on  <u>June 12, 2007</u>
*DATE*

SHERRI R. CARTER, CLERK

By *Norys Mena*
Norys Mena / Deputy Clerk

# United States Court of Appeals

## FOR THE NINTH CIRCUIT

### CERTIFICATE OF
### GOOD STANDING

I, _____**Cathy A. Catterson**_____ , *Clerk of this Court,*

*certify that* _____**STEVEN MARK HANLE**_____ *was duly admitted*

*to practice in this Court on* _____*November 21, 1994*_____
Date

*and is in good standing in this Court.*

*Dated at* _____**San Francisco, CA**_____ *on* _____*June 13, 2007*_____
Location                                                Date

_____*Cathy A. Catterson*_____          _____
CLERK                                                DEPUTY CLERK

Thomas A. Egan, Esq. (TE-0141)
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendant Apollo Enterprise Solutions, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                    :
DEBT RESOLVE, INC.,                                 :    07 Civ. 4531 (JSR)
                                                    :
                        Plaintiffs,                 :    (ECF)
                                                    :
        - against -                                 :    **DECLARATION OF**
                                                    :    **JENNIFER A. TRUSSO, ESQ. IN**
APOLLO ENTERPRISE SOLUTIONS, L.L.C., :    **SUPPORT OF MOTION FOR HER**
                                                    :    **ADMISSION PRO HAC VICE**
                        Defendant.                  :
                                                    :
-------------------------------------------------------- x

        JENNIFER A. TRUSSO, ESQ., under penalty of perjury pursuant to 28

U.S.C. § 1746, declares as follows:

        1.      I submit this declaration in support of the application of defendant

Apollo Enterprise Solutions, L.L.C. ("Apollo") for an Order permitting me to appear and

participate in discovery, argument, trial and all other aspects of the above-captioned

matter pursuant to Local Rule 1.3.

        2.      I am a partner in the law firm of Stradling Yocca Carlson and Rauth,

located at 660 Newport Center Drive, Suite 1600, Newport Beach, California 92660.

Stradling Yocca Carlson and Rauth is counsel to Apollo in the above-captioned action

and in related litigation pending in the State of California.

        3.      I reside in the State of California.  I do not reside in New York.

4.    My office address is 660 Newport Center Drive, Suite 1600, Newport Beach, California 92660.

5.    I am an attorney in good standing of the Bar of the State of California, having been admitted to practice there in 1998.  I am also an attorney in good standing in each of the United States District Courts for the Northern, Southern and Central Districts of California.  Attached collectively as Exhibit A to this declaration are Certificates of Good Standing from each of the aforementioned Courts, each issued within the last thirty (30) days, verifying my admission and my good standing.

6.    I have never been held in contempt of court.

7.    I have never been censured, suspended, or disbarred by any court.

8.    I have read, am familiar with, and will adhere to each of the following:

- The provisions of The Judicial Code (Title 28, U.S.C.) that pertain to the jurisdiction of, and practice in, the United States District Court;

- The Federal Rules of Civil Procedure for the District Courts;

- The Federal Rules of Evidence; and

- The Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

9.    I have been retained to represent Apollo in the action currently before this Court.

10.    I am not regularly employed in New York, nor am I regularly engaged in business, professional or similar activities in New York.

11.    I designate Thomas A. Egan of Flemming Zulack Williamson Zauderer LLP, One Liberty Plaza, New York, New York 10006, to act as local counsel,

with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served.  Mr. Egan is a member of the Bar of this Court and maintains an office within this District.

   I declare under penalties of perjury that the foregoing is true and correct.

Executed on July ⎯⎯, 2007

          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
           JENNIFER A. TRUSSO

295548/24235

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

June 18, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER ANN TRUSSO, #198579 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA } ss.

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the

Southern District of California,

DO HEREBY CERTIFY That Jennifer A. Trusso was duly admitted to practice in said

Court on 09/24/1999, and is in good standing as a member of the bar of said Court

Dated at  San Diego, CA

W. SAMUEL HAMRICK, JR.
Clerk

on June 12, 2007

By _____,
Deputy Clerk

# Certificate of Good Standing

United States of District Court

) ss.

Northern District of California

)

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Jennifer A. Trusso, Bar No. 198579 was duly admitted to practice in said Court on April 8, 2005, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on June 12, 2007

_____

Richard W. Wieking

Clerk

# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I,   SHERRI R. CARTER,   Clerk  of  this  Court,   certify  that

Jennifer A. Trusso, Bar No. 198579,

was duly admitted to practice in this Court on  _December 7, 1998_
<em>DATE</em>

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on  ____June 12, 2007____
<em>DATE</em>

SHERRI R. CARTER, CLERK

1152

By  _Norys Mena_
Norys Mena / Deputy Clerk

## CERTIFICATION OF SERVICE

I, THOMAS A. EGAN, an attorney admitted to the Bar of this Court, hereby certify that

on July 10, 2007, I caused a true and correct copy of the attached NOTICE OF MOTION FOR

ORDER ADMITTING JAN P. WEIR, STEVEN M. HANLE, AND JENNIFER A. TRUSSO

*PRO HAC VICE*, together with the supporting Affidavit and Supporting Declarations and the

exhibit thereto, to be served upon counsel for plaintiff by having same placed in an envelope

bearing first class postage addressed to Daniel A Ladow, Esq., Dreir, LLP, 499 Park Avenue,

New York, New York 10022 and thereafter having that envelope placed in a mail box

maintained by the United State Postal Service for the purpose of depositing mail for delivery.

Dated: New York, New York
       July 10, 2007

_____
THOMAS A. EGAN

295843

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                              :

DEBT RESOLVE, INC.,                 :    07 Civ. 4531 (JSR)
                              :

            Plaintiffs,        :    (ECF)
                              :

      - against -          :    **ORDER FOR ADMISSION**
                              :    ***PRO HAC VICE* OF JAN P.**
APOLLO ENTERPRISE SOLUTIONS, L.L.C.,  :    **WEIR, STEVEN M. HANLE**
                              :    <u>**AND JENNIFER A. TRUSSO**</u>
            Defendant.      :
                              :
                              :
-------------------------------------------------------------X

JED S. RAKOFF,
UNITED STATES DISTRICT JUDGE:

      THIS MATTER having come before the Court upon the application of Flemming,

Zulack Williamson Zauderer LLP, counsel for defendant Apollo Enterprise Solutions,

L.L.C., for an Order admitting, *pro hac vice*, Jan P. Weir, Steven M. Hanle and Jennifer

A. Trusso of the law firm of Stradling Yocca Carlson & Rauth located at 660 Newport

Center Drive, Suite 1600, Newport Beach, California 92660; and the Court having

considered the Affidavit of Thomas A. Egan and the Declarations of Mr. Weir, Mr. Hanle

and Ms. Trusso in support of the admission of Messers. Weir and Hanle and Ms. Trusso

*pro hac vice*, and for good cause shown,

      IT IS on this ___ day of July 2007;

      ORDERED that Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso of the law

firm of Stradling Yocca Carlson & Rauth are hereby admitted to practice *pro hac vice* in

this matter on behalf of defendant Apollo Enterprise Solutions, L.L.C.; and

IT IS FURTHER ORDERED that Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso shall be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys; and

IT IS FURTHER ORDERED that Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso shall each immediately register for an ECF password at nysd.uscourts.gov.

SO ORDERED:

_____
Honorable Jed S. Rakoff U.S.D.J.

294562/24235