UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DEBT RESOLVE, INC.,　　　　　　　　　　　　:　07 Civ. 4531 (JSR)

　　　　　　　　Plaintiffs,　　　　　　　　　　　:　(ECF)

　　　- against -　　　　　　　　　　　　　　　:　**ORDER FOR ADMISSION
　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE* OF JAN P.
APOLLO ENTERPRISE SOLUTIONS, L.L.C.,　　:　WEIR, STEVEN M. HANLE
　　　　　　　　　　　　　　　　　　　　　　　　AND JENNIFER A. TRUSSO**

　　　　　　　　Defendant.

-----------------------------------------------------------X

JED S. RAKOFF,
UNITED STATES DISTRICT JUDGE:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-07
```

　　　THIS MATTER having come before the Court upon the application of Flemming, Zulack Williamson Zauderer LLP, counsel for defendant Apollo Enterprise Solutions, L.L.C., for an Order admitting, *pro hac vice*, Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso of the law firm of Stradling Yocca Carlson & Rauth located at 660 Newport Center Drive, Suite 1600, Newport Beach, California 92660; and the Court having considered the Affidavit of Thomas A. Egan and the Declarations of Mr. Weir, Mr. Hanle and Ms. Trusso in support of the admission of Messers. Weir and Hanle and Ms. Trusso *pro hac vice*, and for good cause shown,

　　　IT IS on this 23rd day of July 2007;

　　　ORDERED that Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso of the law firm of Stradling Yocca Carlson & Rauth are hereby admitted to practice *pro hac vice* in this matter on behalf of defendant Apollo Enterprise Solutions, L.L.C.; and

- 2 -

     IT IS FURTHER ORDERED that Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso shall be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys; and

     IT IS FURTHER ORDERED that Jan P. Weir, Steven M. Hanle and Jennifer A. Trusso shall each immediately register for an ECF password at nysd.uscourts.gov.

     SO ORDERED:

_____
Honorable Jed S. Rakoff U.S.D.J.

294562/24235