Rakoff, J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-22-07

DEBT RESOLVE, INC.,

Plaintiff,

-v-

APOLLO ENTERPRISE SOLUTIONS, LLC,

Defendant.

07-cv-4531(JSR)

**ECF Designated Case**

**~~[PROPOSED]~~ ORDER ~~GRANTING~~ DENYING DEFENDANT LEAVE TO FILE UNDER SEAL**

**WHEREAS**, Defendant Apollo Enterprise Solutions, LLC ("Apollo") claims that it has requested that this Court permit the filing of Apollo's Memorandum of Law in Support of Defendant's Motion for Summary Judgment of Patent Non-Infringement, the Declaration of Jennifer A. Trusso and Defendant's Local Rule 56.1 Statement under seal;

**WHEREAS**, the foregoing documents are alleged to contain descriptions of Apollo's proprietary debt collection system and excerpts from the deposition of Apollo's President and Chief Executive Officer, G. Christopher Imrey, all of which contain information that has been designated by Apollo as "Confidential – Attorney's Eyes Only"; and

**WHEREAS**, it is alleged that counsel for Plaintiff has agreed to maintain the confidentiality of such information until a protective order is in place.

But whereas Apollo has filed this proposed order without the slightest compliance with the Court's Individual Rules; therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that Apollo's Motion for Leave to File Under Seal is ~~GRANTED~~ DENIED. ~~and the Clerk of Court is directed to file Apollo's Memorandum of Law in Support of Defendant's Motion for Summary Judgment of Patent Non-Infringement, the Declaration of Jennifer A. Trusso and Defendant's Local Rule 56.1 Statement under seal.~~

IT IS SO ORDERED:

Honorable Jed. S. Rakoff, ~~U.S.D.J.~~