```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DEBT RESOLVE, INC.,                 :
                                    :
               Plaintiff,           :     07 Civ. 4531 (JSR)
                                    :
          -v-                       :     ORDER
                                    :
APOLLO ENTERPRISE SOLUTIONS, LLC,   :
                                    :
               Defendant.           :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    At a conference on August 23, 2007, defendant requested permission to file portions of a motion for summary judgment under seal. On August 29, 2007, defendant submitted to the Court copies of its Memorandum of Law and 56.1 Statement in support of summary judgment showing defendant's proposed redactions, and plaintiff submitted its objections to those redactions. The Court hereby grants defendant permission to file its Memorandum of Law and 56.1 Statement with the proposed redactions, provided that the parties provide Chambers with unredacted copies of all publicly-filed documents. This ruling will be subject to reconsideration when the Court considers defendant's motion for summary judgment.

    SO ORDERED.

                                                     JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 30, 2007