UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,330,551 B1
DATED         : December 11, 2001
INVENTOR(S)   : James D. Burchetta et al.

Page 1 of 3

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 20,
Line 20, replace "settlements" with -- settlement --.

Column 21,
Line 33, delete "0".
Line 61, replace "rounds, one" with -- rounds using a processor, one --.

Column 24,
Line 43, replace "between and" with -- between any --.

Column 27,
Line 21, after "second entity," insert -- the first and second entities being adverse to each other with respect to a claim, --.
Line 24, replace "bien" with -- being --.
Line 33, replace "clim" with -- claim --.
Line 32, delete "at least one of the adverse entities via the output when the result indicator indicates that" should read -- via the output when the result indicator indicates that at least one predetermined criterion is satisfied for one of the at least two rounds. --.

Column 28,
Line 43, delete entire claim 108, and insert the following claim:
108.    The system of claim 88 further including a time indicator which, when exceeded, will cause the proxy to take a predetermined action with regard to at least one of the first or second values.

Column 30,
Line 27, (element (f)(i)), replace "formula, of" with -- formula, if --.
Line 41, (element (g)), replace "conditions of" with -- conditions or --.
Line 39, (element (h)), after "either" insert -- a --.
Line 47, (element (h)), replace "that" insert -- than --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,330,551 B1
DATED        : December 11, 2001
INVENTOR(S)  : James D. Burchetta et al.

Page 2 of 3

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 31,
Line 48, after "comprising" insert -- : --.
Line 60, replace "on" with -- one --.

Column 32,
Line 4, after "a series of rounds" insert -- of offers --.
Line 66, delete entire claim 151, and insert the following claim:

  151. A method for communicating and processing a series of demands to satisfy a claim made by or on behalf of a person involved in a dispute with at least one other person and a series of offers to settle the claim through a computerized system for automated dispute resolution having at least one central processing unit including operating system software for controlling the central processing unit, means for introducing information into the central processing unit corresponding to the identification of the dispute and the persons involved in the dispute and memory means for storing the information corresponding to the identification of the dispute and the persons involved in the dispute, wherein method comprises the steps of:
  (a) introducing into the central processing unit information corresponding to a series of rounds of demands to satisfy the claim from a party representing a claimant involved in the dispute without disclosure of the demands to other persons involved in the dispute;
  (b) introducing into the central processing unit information corresponding to a series of rounds of offers to settle the claim from a party representing a person involved in the dispute against whom the claim is made without disclosure of the offers to other persons involved in the dispute;
  (c) steps (a) and (b) occurring in any order;
  (d) comparing the information corresponding to the series of demands and the series of offers on a round-by-round basis in accordance with preestablished conditions including (i) that the claim is settled for an amount in accordance with a first preestablished formula if the offer in any round is less than the demand and within a preestablished percentage of the demand in the same round; (ii) that the claim is settled for the demand amount if the offer in any round is the same as or greater than the demand; and (iii) that the claim is not settled if the offer is not within the preestablished percentage of the demand in all rounds unless the difference between the offer and demand is less than a preestablished amount in which case the claim is settled for an amount in accordance with a second preestablished formula;
  (e) permanently deleting the demand and the offer in each round that does not result it settlement based upon said preestablished conditions upon comparison of the demand and the offer in said round; and

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,330,551 B1
DATED         : December 11, 2001
INVENTOR(S)   : James D. Burchetta et al.

Page 3 of 3

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

    (f)    communicating to the claimant and the person against whom the claim is made or representatives thereof the results of the comparison.

Column 33,
Line 12, replace "at least on" with -- at least one --.
Line 14, replace "submittec" with -- submitted --.
Line 36, replace "other wit" with -- other with --.

Signed and Sealed this

Twelfth Day of November, 2002

Attest:

JAMES E. ROGAN
*Attesting Officer*    *Director of the United States Patent and Trademark Office*