16. On February 24, 2005, I asked Anapoell to recommend new patent counsel for Apollo.

17. On February 28, 2005, Apollo hired Steve Smyrski to take over Apollo's patent legal work. On March 1, 2005, Apollo requested that Neel and Darrow forward all of Apollo's patent related files to Smyrski and asked them to fill Smyrski in on all relevant details. Based on their extensive knowledge of Apollo's technology and business model, Darrow and Neel worked closely with new patent counsel Smyrski.

18. Despite GT's sudden retreat from representing Apollo on its patent work, GT continued to work on Apollo's corporate matters until late December, 2005. Such corporate work included drafting and negotiating contracts with Apollo's customers and potential customers of the alleged infringing IDS system (and the same potential customers of Debt Resolve). In December, 2005, I was informed by Steve Anapoell that GT could not represent Apollo any further and that the New York office of GT had asked him to disengage entirely, effective immediately.

19. GT billed Apollo for services and legal advice relating to the pivotal issues in this litigation, including research of non-infringement issues (specifically related to Debt Resolve's patents), multiple telephone conversations wherein Debt Resolve was discussed and drafting of patents covering the very technology at issue in this litigation. GT had access to and actually used Apollo's confidential information including privileged communications with Apollo for its review and analysis of Apollo's allegedly infringing product, contentions of possible infringement, and examination of prior art in rendering its advice on Debt Resolve's patents.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-

DECL. OF CHRISTOPHER IMREY IN SUPPORT OF MOTION TO DISQUALIFY GREENBERG TRAURIG
DOCSOC/1215842v1/100604-0001

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct and that I executed this declaration
3  on March 23, 2007 at Irvine, California.

*/s/ Christopher Imrey*
Christopher Imrey

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-

DECL. OF CHRISTOPHER IMREY IN SUPPORT OF MOTION TO DISQUALIFY GREENBERG TRAURIG
DOCSOC/1215842v1/100604-0001