EXHIBIT "A"

**From:**    Corinne Miller [cmiller@apolloenterprise.com]
**Sent:**    Saturday, September 18, 2004 8:58 AM
**To:**       DarrowC@GTLAW.com
**Cc:**       AnapoelIS@gtlaw.com
**Subject:** Apollo Patent

Hi Chris - We dropped off the signed addendum along with a check for $10k to be used as the retainer for the patent work, so we'd like to get moving forward with the application.  Please let me know what additional information you need -- I believe you already have a copy of the business plan.  I'd be happy to set up a web-ex demonstration with you and whoever will be working on this project with you.

We have a trade show coming up october 20th and would like to have some sort of IP protection in place by then.  We discussed the different options of going forward with a provisional v. a non-provisional application and I would like to know which would be better to pursue given our timeframe.

Thank you --


cm


Apollo Enterprise Solutions LLC
cmiller@apolloenterprise.com
310.704.0930

A-10

# EXHIBIT "B"

**From:** NEELB@gtlaw.com [mailto:NEELB@gtlaw.com]
**Sent:** Wednesday, February 23, 2005 7:13 PM
**To:** Christopher Imrey
**Cc:** cmiller@apolloenterprise.com; AnapoellS@gtlaw.com; DarrowC@GTLAW.com; NEELB@gtlaw.com
**Subject:** RE: Apollo: New Provisional Application

This is just to confirm that Greenberg Traurig will not be filing any additional patent applications for Apollo, including this emergency filing described below. I understand that Steve will get you the names of some patent counsel that can handle this and the Debt Resolve patent opinion for you.

Best of luck at Mandalay Bay.

Bruce

-----Original Message-----
**From:** Neel, Bruce T. (OfCnl-Phx-IP)
**Sent:** Wednesday, February 23, 2005 12:22 PM
**To:** 'Christopher Imrey (cimrey@apolloenterprise.com)'
**Cc:** 'Corinne A. Miller (cmiller@apolloenterprise.com)'; Neel, Bruce T. (OfCnl-Phx-IP); Anapoell, Steve (Shld-OC-CP); Darrow, Christopher (Shld-LA-IP)
**Subject:** Apollo: New Provisional Application

Chris,
Related to this new provisional application, please let me know if you want me to try to locate a searcher in D.C. to do any prior patent novelty search (D.C. seacher's typical cost $600-1000) to see if the idea is really new, or any prior patent clearance search (D.C. searcher's typical cost $1,500 to 3,500 depending on complexity) to see if any other company may hold a patent that would cover the idea you want to file in your provisional application. It is unlikely a searcher could do a full novelty search in your 6 day time frame–but we might get some preliminary results. The clearance searching would almost certainly not be possible, but a searcher could maybe make a start.

Note that I normally would not attempt the above for a situation as you have presented, but I wanted to offer these options to you. Please let me know if there are other questions about options you may have, and I can explore them with you. Note that I don't have time given other commitments to attempt to do the above searching. Also, my normal approach is to use these D.C. searchers.

Most of my clients in a similar situation to this will put all effort into simply filing the provisional application, and will not attempt to do other things at the same time because of the very short schedule.

When can you send me the technical description?

Please feel free to call Chris or me with any questions.

Bruce

-----Original Message-----
**From:** Neel, Bruce T. (OfCnl-Phx-IP)
**Sent:** Wednesday, February 23, 2005 11:10 AM
**To:** Christopher Imrey (cimrey@apolloenterprise.com); Darrow, Christopher (Shld-LA-IP); Anapoell, Steve (Shld-OC-CP)
**Cc:** Corinne A. Miller (cmiller@apolloenterprise.com); Neel, Bruce T. (OfCnl-Phx-IP)
**Subject:** Co-Marketing Agreement

This confirms my talk with Chris I. this morning that he would like Steve to identify a GT attorney to draft and negotiate the co-marketing agreement with _____, so that I can direct my efforts to assisting with the emergency filing of a second provisional patent application by early next week using a Word document provided by Chris I. that fully describes his new invention (due to time constraints I will need to file the document in the form that Chris sends it to me).

Bruce

Bruce T. Neel
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016

B-8

(602) 445-8339
(602) 445-8694 (fax)
www.gtlaw.com

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

B-9