**EXHIBIT 6**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DEBT RESOLVE, INC.,

Plaintiff,

vs.

APOLLO ENTERPRISE SOLUTIONS, LLC,

Defendant.

Case No.: 07 Civ. 4531 (JSR)

CERTIFIED COPY

**VIDEOTAPED DEPOSITION OF G. CHRISTOPHER IMREY**

Newport Beach, California

Tuesday, July 24, 2007

CONFIDENTIAL

Reported by: Cheryl M. Parrish
Job No. 5844

DISK ENCLOSED



PARRISH REPORTING
Worldwide Court Reporting & Legal Video Services

The Water Garden • 2425 Olympic Boulevard • Suite 155E – East Tower • Santa Monica, CA 90404

Direct 310.315.3000
Nationwide 800.585.0385
depos@parrishreporting.com
www.parrishreporting.com

DEPOSITION of G. CHRISTOPHER IMREY

taken before Cheryl M. Parrish, CSR No. 9124, a Certified Shorthand Reporter for the State of California, with principal office in the County of Los Angeles, commencing on Tuesday, July 24, 2007, 8:36 a.m., at 660 Newport Center Drive, Suite 1600, Newport Beach, California.

APPEARANCES OF COUNSEL:

For the Plaintiff:

DREIER, LLP
BY: DANIEL A. LADLOW, ESQ.
and MICHAEL P. BAUER, ESQ.
499 Park Avenue
New York, New York 10022
212.710.5964 / 212.600.9499 Fax
dladlow@dreierllp.com

For the Defendant:

STRADLING YOCCA CARLSON & RAUTH
BY: JAN P. WEIR, ESQ.
660 Newport Center Drive
Suite 1600
Newport Beach, California
949.725.4000 / 949.725.4100 Fax

ALSO PRESENT:

Tim Nolan, Videographer

# I - N - D - E - X


| EXAMINATION BY: | PAGE |
|---|---|
| Mr. Ladlow | 6 |


## E - X - H - I - B - I - T - S


| PLAINTIFF'S | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Letter dated 7/16/07 and screen shot documents | 44 |
| 2 | Five pages Apollo Enterprise Solutions documents dated 12/21/06 | 47 |
| 3 | Four-page document entitled "Web-Based Payment and Collection System for Debtor Self-Settlement" | 50 |
| 4 | Four-page document explaining Apollo's Intelligent Debt Solutions | 58 |
| 5 | Document entitled "Consumer Collections Automation, A White Paper on Apollo Enterprise Solutions' CCA Solution" | 70 |
| 6 | United States Patent Application Publication dated 4/20/06 | 167 |

Tuesday, July 24, 2007

8:36 p.m.

THE VIDEOGRAPHER: Good morning. We're on the record at 8:36 a.m. on July 24, 2007, for the videotape deposition of Mr. Christopher Imrey. 08:36

We are taking this deposition at 660 Newport Center Drive in Newport Beach, California, on behalf of plaintiff in the action entitled *Debt Resolve vs. Apollo Enterprise Solutions, Case No. 07 Civ. 4531 (JSR)*. 08:37

My name is Tim Nolan. I'm a video production specialist from DigiDep in Los Angeles. This is the beginning of disk 1 of volume 1.

Would counsel present please identify yourselves for the record. 08:37

MR. LADOW: I'm Dan Ladow for Plaintiff Debt Resolve, and with me today is Michael Bauer. We're both from Dreier, LLP.

MR. WEIR: Jan Weir for the defendant Apollo, representing the witness. 08:37

THE VIDEOGRAPHER: Thank you.

The witness may be sworn.

///

G. Christopher Imrey,

called as a witness on behalf of the Plaintiff, was sworn and testified as follows: 08:38

THE REPORTER: Would you raise your right hand, please.

Do you solemnly swear that you shall tell the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS: I do.

EXAMINATION

BY MR. LADOW:

Q Good morning, Mr. Imrey. We've already introduced ourselves. I'm Dan Ladow from Dreier, LLP. You understand I'm representing Debt Resolve in this action; is that fair? 08:38

A (*No audible response.*)

Q Do you understand that I'm representing Debt Resolve in this action?

A I understand that you're the attorney for Debt Resolve. 08:38

Q Okay.

Have you ever been deposed before?

A I have never been deposed before.

Q I'm going to ask you a series of 08:38

BLANK

REDACTED

Non-Confidential Redacted Version

**EXHIBIT 7**

BLANK

REDACTED

Non-Confidential Redacted Version

**EXHIBIT 8**

BLANK

REDACTED

Non-Confidential Redacted Version

**EXHIBIT 9**

BLANK

REDACTED

Non-Confidential Redacted Version