# Exhibit A



US 20060085332A1

(19) **United States**

(12) **Patent Application Publication**  (10) Pub. No.: **US 2006/0085332 A1**

Imrey et al.    (43) **Pub. Date:    Apr. 20, 2006**

(54) **SYSTEM AND METHOD FOR RESOLVING TRANSACTIONS**

(75) Inventors: **G. Christopher Imrey**, Newport Beach, CA (US); **William J. House III**, Corona del Mar, CA (US)

Correspondence Address:
SMYRSKI LAW GROUP, A PROFESSIONAL
CORPORATION
3310 AIRPORT AVENUE, SW
SANTA MONICA, CA 90405 (US)

(73) Assignee: **Apollo Enterprise Solutions, LLC**

(21) Appl. No.: **11/256,406**

(22) Filed: **Oct. 19, 2005**

**Related U.S. Application Data**

(60) Provisional application No. 60/620,131, filed on Oct. 19, 2004.

**Publication Classification**

(51) Int. Cl.
$G06Q$ *40/00*    (2006.01)
(52) U.S. Cl. ............................................................. **705/39**

(57) **ABSTRACT**

A method for the online settling of a transaction in which network communications are established between a user, such as a debtor, and a server is presented. The method comprises receiving information, at the server, regarding the transaction, seeking available information pertinent to the transaction from at least one source external to the server and the user, processing data from the available information using a rules based engine including rules established on behalf of a party to the transaction located at the server, and presenting a transaction settlement offer set to the user based on at least one decision made by the rules based engine. While online, the user/debtor may accept one of the offers or engage in further approved negotiation of other offers.



Case 1:07-cv-04531-JSR     Document 15-2     Filed 09/14/2007     Page 3 of 25



FIG. 1



FIG. 2



FIG. 3A



FIG. 3B



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13

Case 1:07-cv-04531-JSR   Document 15-2   Filed 09/14/2007   Page 17 of 25



FIG. 14



FIG. 15

FIG. 16



**FIG. 17**



FIG. 18

FIG. 19

FIG. 20

Case 1:07-cv-04531-JSR     Document 15-2     Filed 09/14/2007     Page 24 of 25



FIG. 21



FIG. 22