# Exhibit C



# apollo
Enterprise Solutions

SCHEDULE A
LIVE WEB DEMO ▲

SEE HOW
IT WORKS! ▲

- Solutions
- Services
- Articles
- About Us

Contact Us | FAQs
Home

## Serving the Debt Collection Industry

Apollo Enterprise Solutions, LLC, headquartered in Irvine, California, provides enterprise-class web-hosted solutions for a variety of industries involved in receivables management and debt collections. At the heart of Apollo's Intelligent Debt Solutions™ system is the patent-pending IDS Decision Engine™ which provides Decisioning Intelligence™, a revolutionary process that delivers more debtors for recovery and settlement and more dollars per settlement by creating individual, customized offers that reflect a debtor's most realistic ability to pay.

▶ WHAT'S NEW

▼ PRESS RELEASES

- **Apollo Enterprise Solutions Offers Clients Cash Payment Acceptance with Green Dot Network Partnership Agreement**
- **Apollo Enterprise Solutions' Healthcare Subsidiary Names Cy Siders Senior Vice President of Sales**
- **Apollo Enterprise Solutions Reports Strong Growth in the First Half of 2007**

**All Press Releases
Click Here**

(949) 399-1000 • (877) GET-APOLLO
2111 Business Center Drive, Suite 204 • Irvine, CA 92612

Solutions | Services | Articles | About Us | Contact Us
FAQs | Privacy Policy | Legal Statement

© 2004/2007 Apollo Enterprise Solutions, LLC  All rights reserved.