**Exhibit F**

Case 1:07-cv-04531-JSR    Document 15-8    Filed 09/14/2007    Page 1 of 4

**Exhibit F**





SCHEDULE A
LIVE WEB DEMO ►

SEE HOW
IT WORKS! ►

Solutions
Services
Articles
About Us

Contact Us | FAQs
Home

apollo
Enterprise Solutions

▶ WHAT'S NEW

▾ PRESS RELEASES

- **Apollo Enterprise Solutions Offers Clients Cash Payment Acceptance with Green Dot Network Partnership Agreement**

- **Apollo Enterprise Solutions' Healthcare Subsidiary Names Cy Siders Senior Vice President of Sales**

- **Apollo Enterprise Solutions Reports Strong Growth in the First Half of 2007**

**All Press Releases**
**Click Here**

## Apollo Enterprise Solutions Reports Strong Growth in the First Half of 2007

**Irvine, California—August 9 , 2007**—Apollo Enterprise Solutions LLC, the leading provider of web-based payment and collection technology, reported today that the company has met or exceeded a number of significant milestones during the first half of 2007. According to Michael Walker, Apollo's Chief Operating Officer, "We continue to receive strong interest in our Intelligent Debt Solution product suite and have added several marquee clients from the card issuing, debt-buying and recovery sides of the business. The confidence demonstrated by our clients in selecting Apollo as their technology provider of choice for web-based payments and collections, and the fact that we are now collecting over $1 billion online annually, further demonstrates our position as the market leader."

Some of the company's key achievements in 2007 have included:

• **Increased Online Collections:** Online collections for Apollo clients are now exceeding $3 million a day, a 300% increase over 2006.

• **Expanded Customer Base:** Apollo has added several new clients recently, including one of the top three retail credit card issuers, a number of large publicly traded debt buyers, and collections agencies.

• **New Strategic Partnerships:** Apollo has expanded its product and service offerings through new strategic partnerships with IBM, Austin

Apollo Enterprise Press Releases

Logistics and Card Acquisition LLC. Apollo has entered into a global partnership with IBM to deliver applications, consulting services, equipment, and hosting services through IBM's Global Business Services Group. Austin Logistics is the leading provider of on-demand, customer-focused predictive analytics and business intelligence software solutions for account management and marketing, risk and collections. Card Acquisition, LLC, through its Affirm MasterCard, is a leader in providing alternative debt recovery solutions to the Accounts Receivable Management industry.

• **Formation of Healthcare Subsidiary:** Capitalizing on the company's success in financial services, the company launched Apollo Enterprise Healthcare Solutions, LLC to provide its proven, patent-pending online collection applications to healthcare providers. By customizing the company's web-based payments and collections system to a healthcare provider's specific requirements, Apollo is able to effectively streamline and simplify self-service payments, collections, and recovery in the healthcare revenue management cycle.

• **Key Employee Additions:** Apollo has recruited some of the industry's most talented and respected professionals to accelerate its worldwide expansion into additional vertical markets as the leader in web-based payments and collections technology. The newest members the Apollo team include former Citigroup Senior Executive John Furjanic, now Apollo's Executive Vice President of Analytics & Decision Strategy; former GE Healthcare Senior Executive John Gryga, as President of Apollo Enterprise Healthcare Solutions; Jim Mahoney as Apollo's Senior Vice President of Business Development, formerly the Debt Resolve SVP of Sales and Marketing; and former Golden Retriever Systems Executive Vice President Ceasar Verdelli, now Apollo's Chief Technology Officer.

"This year marks continued growth in our business," notes Apollo's Chief Executive Officer, Christopher Imrey. "The market continues to validate the benefits of using real-time decisioning and analytics as part of the online and mobile collections process and we continue to experience strong demand from credit providers, debt-buyers and collection agencies. We are also seeing increased focus from the healthcare, auto finance, mortgage and public sector markets and we anticipate our momentum will grow

Case 1:07-cv-04531-JSR     Document 15-8     Filed 09/14/2007     Page 4 of 4

Apollo Enterprise Press Releases

throughout the second half of 2007 as we continue to expand the solid foundation for Apollo's future."

**About Apollo Enterprise Solutions**

Apollo Enterprise Solutions, LLC, headquartered in Irvine, California, provides enterprise-class web-hosted solutions for a variety of industries involved in receivables management and debt collections. At the heart of Apollo's Intelligent Debt Solutions™ system is the patent-pending IDS Decision Engine™ which provides Decisioning Intelligence™, a revolutionary process that delivers more debtors for recovery and settlement and more dollars per settlement by creating individual, customized offers that reflect a debtor's most realistic ability to pay.

**Contact:**

Jeff Dickey

Executive Vice President - Sales & Marketing

Apollo Enterprise Solutions, LLC

(949) 399-1000 x220

(949) 399-1000 • (877) GET-APOLLO

2111 Business Center Drive, Suite 204 • Irvine, CA 92612

Solutions | Services | Articles | About Us | Contact Us

FAQs | Privacy Policy | Legal Statement

© 2004/2007 Apollo Enterprise Solutions, LLC  All rights reserved.