**Exhibit G**

Case 1:07-cv-04531-JSR    Document 15-9    Filed 09/14/2007    Page 1 of 5







