**Exhibit H**

**EXHIBIT REDACTED**