**Exhibit K**

Daniel A. Ladow
Albert L. Jacobs, Jr.
Michael P. Bauer
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100
*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBT RESOLVE, INC., <br><br> Plaintiff, <br><br> -v- <br><br> APOLLO ENTERPRISE SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No. 07-cv-4531 (JSR) <br><br> **ECF Designated Case** |

**DECLARATION OF CHRISTOPHER DARROW IN SUPPORT
OF DEBT RESOLVE'S OPPOSITION TO APOLLO'S
<u>MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT</u>**

{00289284.DOC;}

1.  I, Christopher Darrow, am a Shareholder and intellectual property attorney in the Los Angeles, California office of the law firm of Greenberg Traurig, LLP ("GT").

2.  I have never performed any legal work for Debt Resolve.

3.  At various times during the period from September 2004 to February 2005, I and another GT lawyer, Bruce T. Neel, who works in GT's Phoenix, Arizona office, performed legal work for Apollo Enterprise Solutions, LLC ("Apollo"), that involved the drafting and filing of a provisional patent application concerning Apollo's online, debt-collection software system and method. That provisional patent application was filed in October 2004.

4.  I last performed legal work for Apollo in about late-February 2005, and have had no involvement with Apollo since then. I am not familiar with Apollo's present debt-collection software systems and methods.

5.  During my work for Apollo in the latter part of 2004, I very briefly looked at a patent I understood to have been licensed by Debt Resolve. I did not review the prosecution history of this patent, and I never analyzed this patent with respect to claim construction, infringement or validity. I did not provide Apollo with any opinion (whether oral or written) regarding any aspect of this patent, including with respect to claim construction, infringement or validity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 10, 2007

_____
Christopher Darrow