**Exhibit L**

Daniel A. Ladow
Albert L. Jacobs, Jr.
Michael P. Bauer
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100
*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBT RESOLVE, INC.,<br><br>     Plaintiff,<br><br>   -v-<br><br>APOLLO ENTERPRISE SOLUTIONS, LLC,<br><br>     Defendant. | Civil Action No. 07-cv-4531 (JSR)<br><br>**ECF Designated Case** |

**DECLARATION OF BRUCE T. NEEL IN SUPPORT
OF DEBT RESOLVE'S OPPOSITION TO APOLLO'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

1.    I, Bruce T. Neel, am an Of Counsel intellectual property attorney in the Phoenix, Arizona, office of the law firm of Greenberg Traurig, LLP ("GT").

2.    I have never performed any legal work for Debt Resolve.

3.    At various times during the period from September 2004 to February 2005, I and another GT lawyer, Christopher Darrow, who works in GT's Los Angeles California, office, performed legal work for Apollo Enterprise Solutions, LLC ("Apollo"), that involved the drafting and filing of a provisional patent application concerning Apollo's online, debt-collection software system and method.    That provisional patent application was filed in October 2004.

4.    I last performed legal work for Apollo (other than transferring files to a successor attorney) in late-February 2005, and have had no involvement with Apollo since then.  I am not familiar with Apollo's present debt-collection software system(s) and method(s).

5.    During my work for Apollo in the latter part of 2004, I very briefly looked at a patent I understood to have been licensed by Debt Resolve.  I did not review the prosecution history of this patent, and I never analyzed this patent with respect to claim construction, infringement or validity.  I did not provide Apollo with any opinion (whether oral or written) regarding any aspect of this patent, including with respect to claim construction, infringement or validity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September _11_, 2007

_____
Bruce T. Neel