**Exhibit M**

Apollo Enterprise Press Releases



SCHEDULE A
LIVE WEB DEMO ▶

SEE HOW
IT WORKS! ▶

Solutions
Services
Articles
About Us

Contact Us | FAQs
Home

## Apollo Enterprise Solutions Names James Mahoney Senior Vice President of Business Development

Irvine, CA May 2, 2007 —Apollo Enterprise Solutions LLC, the leading provider of web-based payment and collection technology, announced today that James Mahoney has joined the company as Senior Vice President of Business Development. His responsibilities at Apollo include extending and managing the company's worldwide strategic partnerships, as well as identifying and developing new business relationships.

Prior to joining Apollo, Mahoney served as Senior Vice President of Sales and Marketing at Debt Resolve, where he was responsible for developing and implementing overall sales and marketing strategy. Earlier, Mahoney served as Vice President/Co-Manager of the Equity Derivatives Department at Chapdelaine Corporate Securities, a registered NASD interdealer broker of fixed income securities and equity derivatives. Prior to Chapdelaine, Mahoney held a number of positions of increasing responsibilities in sales and general management during his fourteen-year career with Liberty Brokerage Investment Corporation (LBIC), including President of Liberty Brokerage Services. LBIC was a leading global interdealer of fixed income securities and money market securities with revenues of $250 million, eight domestic and international offices, and 900 employees. While at LBIC, he also served as a member of the Board of Directors.

"Jim has an impressive record of achievement in financial services," said Christopher Imrey, Chief Executive Officer for Apollo Enterprise Solutions. "His industry experience and professional expertise are a perfect fit with

▸ WHAT'S NEW

▾ PRESS RELEASES

- **Apollo Enterprise Solutions Offers Clients Cash Payment Acceptance with Green Dot Network Partnership Agreement**

- **Apollo Enterprise Solutions' Healthcare Subsidiary Names Cy Siders Senior Vice President of Sales**

- **Apollo Enterprise Solutions Reports Strong Growth in the First Half of 2007**

**All Press Releases
Click Here**

Apollo's dedication to excellence and integrity. As Senior Vice President of Business Development, Jim will play a key role in helping Apollo expand its platform and key service offerings with its strategic alliances and corporate partners."

"I'm very impressed with the Apollo team," said Mahoney. "The depth of their product vision and commitment to client satisfaction, combined with the extensive capabilities of their industry-leading Intelligent Debt Solutions™ system, has positioned Apollo as the foremost provider of web-based payments and collections solutions."

**About Apollo Enterprise Solutions**

Apollo Enterprise Solutions, LLC, headquartered in Irvine, California, provides enterprise-class web-hosted solutions for a variety of industries involved in receivables management and debt collections. At the heart of Apollo's award-winning Intelligent Debt Solutions™ system is the patent-pending IDS Decision Engine™ which provides Decisioning Intelligence™, a revolutionary process that delivers more debtors for recovery and settlement and more dollars per settlement by creating individual, customized offers that reflect a debtor's most realistic ability to pay.

**Contact:**
Jeff Dickey
Executive Vice President - Sales & Marketing
Apollo Enterprise Solutions, LLC
(949) 399-1000 x220

(949) 399-1000 • (877) GET-APOLLO
2111 Business Center Drive, Suite 204 • Irvine, CA 92612

Solutions | Services | Articles | About Us | Contact Us
FAQs | Privacy Policy | Legal Statement

© 2004/2007 Apollo Enterprise Solutions, LLC  All rights reserved.