**Exhibit N**

**Exhibit N**




SCHEDULE A
LIVE WEB DEMO ▶
SEE HOW
IT WORKS! ▶

Solutions
Services
Articles
About Us

Contact Us | FAQs
Home

**WHAT'S NEW**

**PRESS RELEASES**

- Apollo Enterprise Solutions Offers Clients Cash Payment Acceptance with Green Dot Network Partnership Agreement

- Apollo Enterprise Solutions' Healthcare Subsidiary Names Cy Siders Senior Vice President of Sales

- Apollo Enterprise Solutions Reports Strong Growth in the First Half of 2007

**All Press Releases
Click Here**

## Ed Fontaine Joins Apollo Enterprise Solutions as Vice President of Sales

Irvine, California—September 6, 2006—Apollo Enterprise Solutions LLC, the leading provider of web-based payment and collection technology, announced today that Ed Fontaine has joined the company as Vice President of Sales.

Prior to joining Apollo, Fontaine served as Vice President of Sales with Debt Resolve. He also spent 6 years with Experian as a Senior Account Executive where he was primarily responsible for accounts within Collections, Energy and Healthcare verticals. Fontaine received his FCRA Certification from Associated Credit Bureaus, now known as Consumer Data Industry Association, and is an associate member of ACA for Credit and Collection Professionals.

"I'm looking forward to working with Apollo because they've built an outstanding organization that's delivering an intelligent, scalable, world-class debt management solution," said Fontaine. "Apollo's Intelligent Debt Solutions™ (IDS) system is the most robust application available. It integrates with core systems and adjunct collections applications in real time and can be delivered in a number of channels such as the Web, IVR and mobile devices. This allows Apollo's clients to maximize the return on their customer and debtor portfolios."

"We're pleased Ed has chosen to represent Apollo," said Apollo CEO, Christopher Imrey. "Ed's in-depth knowledge of the collections industry and his hands-on experience with competitive systems will make him a real

Apollo Enterprise Press Releases

asset to the Apollo team."

## About Apollo Enterprise Solutions

Apollo Enterprise Solutions, LLC, headquartered in Irvine, California, provides enterprise-class web-hosted solutions for a variety of industries involved in receivables management and debt collections. At the heart of Apollo's Intelligent Debt Solutions™ system is the patent-pending IDS Decision Engine™ which provides Decisioning Intelligence™, a revolutionary process that delivers more debtors for recovery and settlement and more dollars per settlement by creating individual, customized offers that reflect a debtor's most realistic ability to pay.

**Contact:**
Jeff Dickey
Executive Vice President — Sales & Marketing
Apollo Enterprise Solutions
(713) 828-5805

(949) 399-1000 • (877) GET-APOLLO
2111 Business Center Drive, Suite 204 • Irvine, CA 92612

Solutions | Services | Articles | About Us | Contact Us
FAQs | Privacy Policy | Legal Statement

© 2004/2007 Apollo Enterprise Solutions, LLC  All rights reserved.