UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBT RESOLVE, INC.,

                  Plaintiff,

-v-

APOLLO ENTERPRISE SOLUTIONS, LLC,

                  Defendant.

07 Civ. 4531 (JSR)

**ECF Designated Case**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK  )

        Martha Matos, being duly sworn, deposes and says:

        1.    I am not a party to the action, am over 18 years of age.

A true copy of the DEBT RESOLVE'S OPPOSITION TO APOLLO'S MOTION FOR SUMMARY JUDGMENT OF PATENT NON-INFRINGEMENT, DECLARATION OF DANIEL A. LADOW IN SUPPORT OF DEBT RESOLVE'S OPPOSITION TO APOLLO'S MOTION, AFFIDAVIT OF DANIEL A. LADOW PURSUANT TO F.R.C.P. 56(F) IN OPPOSITION TO APOLLO'S MOTION, DECLARATION OF RICHARD ROSA IN SUPPORT OF DEBT RESOLVE'S OPPOSITION TO APOLLO'S MOTION, AND DEBT RESOLVE'S STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1(b) was served by via E-mail on September 14, 2007 and via Federal Express on September 15, 2007, in a sealed envelope, with postage pre-paid thereon, in an official depository of the U.S. Postal Service within the State of New York, upon:

        Jan P. Weir, Esq.
        Stradling Yocca Carlson and Rauth
        660 Newport Center Drive, Suite 1600
        Newport Beach, CA 92660-6442

        Thomas A. Egan, Esq.
        Flemming Zulack William Zauderer LLP
        One Liberty Plaza
        New York, New York 10006

Dated: September 14, 2007

*Martha L. Matos*
Martha Matos

Sworn to before me this
14 day of September, 2007.

*Dolores Rodriguez*
Notary Public

DOLORES RODRIGUEZ
Notary Public, State of New York
No. 01RO6138234
Qualified in Bronx County
Commission Expires Dec. 19, 2009

2