Albert L. Jacobs, Jr.
Daniel A. Ladow
Michael P. Bauer
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBT RESOLVE, INC., <br><br> Plaintiff, <br><br> -v- <br><br> APOLLO ENTERPRISE SOLUTIONS, LLC, <br><br> Defendant. | Case No.: 07-cv-4531(JSR) <br><br> **ECF Designated Case** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Reply to Defendant's Answer and Counterclaim was served this 2nd day of October, 2007, by e-mail and via Federal Express in a sealed envelope, with postage pre-paid thereon, upon the following:

    Jan P. Weir, Esq.
    Stradling Yocca Carlson and Rauth
    660 Newport Center Drive, Suite 1600
    Newport Beach, CA 92660-6442

    Thomas A. Egan, Esq.
    Flemming Zulack William Zauderer LLP
    One Liberty Plaza
    New York, New York 10006

                                              /s/_____
                                              Michael P. Bauer