Albert L. Jacobs, Jr.
Daniel A. Ladow
Michael P. Bauer
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiff*
*Debt Resolve, Inc.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBT RESOLVE, INC.,

             Plaintiff,

-v-

APOLLO ENTERPRISE SOLUTIONS, LLC,

             Defendant.

07-cv-4531(JSR)

**ECF Designated Case**



### [PROPOSED] ORDER TO REMOVE DOCUMENTS/DOCKET ENTRIES 24, 25 AND 26 FROM THE DOCKET

WHEREAS, Plaintiff Debt Resolve, Inc. ("Debt Resolve") has requested that this Court remove from its docket documents/docket entries 24, 25 and 26;

WHEREAS, documents/docket entries 24, 25 and 26 are party discovery requests which are not normally filed with the Court and were filed by mistake; and

WHEREAS, the parties are in agreement that documents/docket entries 24, 25 and 26 should be removed from the Court's docket;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Document #24 (Rule 26 Disclosure), Document #25 (First Set of Interrogatories) and Document #26 (Request for Production of Documents) be removed from this Court's docket.

SO ORDERED.

Dated: 10/18/07

_____
Jed S. Rakoff, U.S.D.J.