Albert L. Jacobs, Jr.
Daniel A. Ladow
Michael P. Bauer
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100
*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

Jan P. Weir (admitted *pro hac vice*)
Steven M. Hanle (admitted *pro hac vice*)
Jennifer A. Trusso (admitted *pro hac vice*)
Douglas Q. Hahn (DH 3032)
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Center, CA 92660
(949) 725-4000
*Attorneys for Defendant*
*Apollo Enterprise Solutions, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-2-07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEBT RESOLVE, INC., <br><br> Plaintiff, <br><br> -v- <br><br> APOLLO ENTERPRISE SOLUTIONS, LLC, <br><br> Defendant. | 07-CV-4531(JSR) <br><br> **ECF Designated Case** <br><br> **DISMISSAL** |

IT IS HEREBY STIPULATED by and between Debt Resolve, Inc., and Apollo Enterprise Solutions, LLC, pursuant to the terms of the parties' Settlement Agreement, and the reservation of future litigation rights contained therein, the claims of Debt Resolve in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. Apollo's counterclaim is dismissed as being moot. The parties shall bear their respective attorneys' fees and costs.

IT IS SO STIPULATED.

Date: October 29, 2007
New York, New York

By: _____
Albert L. Jacobs, Jr.
Daniel A. Ladow
Michael P. Bauer
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100
*Attorneys for Plaintiff*
*Debt Resolve, Inc.*

Date: October 26, 2007
Newport Beach, California

By: _____
Jan P. Weir (admitted *pro hac vice*)
Steven M. Hanle (admitted *pro hac vice*)
Jennifer A. Trusso (admitted *pro hac vice*)
Douglas Q. Hahn (DH 3032)
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Center, California 92660
(949) 725-4000
*Attorneys for Defendant*
*Apollo Enterprise Solutions, LLC*

SO ORDERED

_____
USDJ

11-1-07